IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALVIN L. LUNDY, ATTORNEY-IN-FACT for E. ADABEL LUNDY and ALVIN LUNDY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, a North Dakota Corporation d/b/a GOOD SAMARITAN SOCIETY — ALLIANCE, and JOHN DOES 1-10,<br><br>Defendants. | 8:15-CV-49<br><br><br>ORDER |

This matter is before the Court on the defendant Evangelical Lutheran Good Samaritan Society's motion to stay and to compel arbitration (filing 5). The parties have now stipulated to arbitration. Filing 13. Accordingly, the Court will grant the parties' stipulation and the defendant's motion.

IT IS ORDERED:

1. The parties' Stipulated Agreement to Arbitration (filing 13) is granted.

2. Evangelical Lutheran Good Samaritan Society's motion to stay and to compel arbitration (filing 5) is granted.

3. This case is stayed pending arbitration.

4. The parties are directed to proceed to arbitration pursuant to their stipulation.

5. Every 60 days from the date of this order, counsel for the parties shall file a joint status report regarding the progress of arbitration proceedings.

6.    The Clerk of the Court is directed to set an initial Status Report Deadline of May 11, 2015.

Dated this 11th day of March, 2015.

                                            BY THE COURT:

                                            */s/ John M. Gerrard*
                                            John M. Gerrard
                                            United States District Judge